UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

Sentencing Minute Sheet for the Honorable Stephen R. Bough

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: 14-04065-02-CR-C-SRB |
| vs. | Date: September 29, 2016 |
| Malcolm Desean Redmon | |

| Plaintiff Counsel | Defendant Counsel |
|---|---|
| Mike Oliver, AUSA | David Kelly |
| Time Commenced: 2:00 p.m. | Time Terminated: 5:00 p.m. |

---

Court takes up defendant's objections to the PSR.

    Government calls SA Charles Tomlin. Witness sworn. Direct 2:07 p.m. Cross 3:09 p.m. witness excused at 3:37 p.m. Witness recalled for direct at 3:59 p.m. Cross 4:08 p.m. Witness excused at 4:11 p.m.

    Government calls Det. John Logan. Witness sworn. Direct 3:38 p.m. Witness excused at 3:58 p.m.

Court overrules defendant's objections to the PSR.

Total Offense Level: 35 Criminal History Category: VI Imprisonment Range 292 to 365. Special Assessment: $100. Supervised Release Range: 8 years. Fine Range 20,000 to 8,000,000, Restitution N/A.

The Defendant is sentenced to Count(s) 1s.

INCARCERATION:
X    The Court hereby orders the defendant to serve the following term of incarceration with the FBP. 292 months.
X    Defendant is hereby remanded to the custody of U.S. Marshal.

SUPERVISED RELEASE:
X    The Court hereby orders the defendant to the following term of Supervised Release. 8 Years.

SPECIAL CONDITIONS OF SUPERVISED RELEASE:
X    The following special conditions of Supervised Release are:
    See J&C for special conditions of supervised release.

FINE:
X    Fine Waived.

RESTITUTION:
X    N/A

X    Defendant be designated to El Reno, OK.

SPECIAL ASSESSMENT:
X       The Court imposes the following Special Assessment: $100.

X       Government dismisses all remaining Counts.

X       The Court advises the Defendant he has the right to appeal.

Court Reporter: Gayle Wambolt       Tracy Diefenbach, Courtroom Deputy