# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| *Plaintiff*, | ) ) |
| vs. | ) Case No. 2:14-cr-04065-SRB |
| **MALCOLM REDMON,** | ) ) ) |
| *Defendant.* | ) ) |

## NOTICE OF APPEAL

COMES NOW the Defendant Malcolm Redmon, by and through undersigned appointed counsel, and at the direction of the Defendant hereby gives his notice of intent to appeal the Judgment in a Criminal Case that was imposed by this Court and issued on September 29, 2016.

Respectfully submitted,

The Law Office of
KELLY, SYMONDS & REED, LLC

/s/ David A. Kelly
By _____
David A. Kelly (#45983)
114 SW Third Street
Lee's Summit, Missouri 64063
(816) 347-1818
(816) 347-1854 FAX
dave@mokanlegal.com
ATTORNEYS FOR DEFENDANT

CERTIFICATE REGARDING SERVICE

I hereby certify that it is my belief and understanding that counsel for plaintiff as well as all counsel for all co-defendants are participants in the Court's CM/ECF program and that separate service of the foregoing document is not required beyond the Notification of Electronic Filing to be forwarded to all upon the filing of the foregoing document.

/s/ David A. Kelly

_____

David A. Kelly