# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
### OFFICE OF THE CLERK

PAIGE WYMORE-WYNN
CLERK OF COURT

80 Lafayette St, U.S. COURTHOUSE
JEFFERSON CITY, MO 65101

October 24, 2016

Michael Gans
United States Court of Appeals
Thomas F. Eagleton Courthouse
Room 24.329
111 S. 10th ST
St. Louis, MO 63102

RE: USDC: 14-4065-02-CR-C-SRB
    USCA: 16-3844

Dear Mr. Gans:

Enclosed please find three copies of the Presentence Investigation Report and one copy of the sentencing transcript. Should you need any additional information, please contact our office. Thank you.

                Sincerely,

                Paige Wymore-Wynn


                T. Lock
                Deputy Clerk